

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-12-00289-CR

## IN RE JASON LANG MODGLING

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Jason Lang Modgling, a prison inmate, seeks a mandamus to compel the Honorable Matt Johnson of the 54th District Court to rule on Modgling's motion for judgment nunc pro tunc. There are numerous procedural problems with this petition including, but not limited to, that the petition was not served on the respondent, the trial court judge, or the real party in interest, the State, and there is no record containing the documents on which the requested relief is based or certification as required. TEX. R. APP. P. 9.5; 52.2; 52.3(j),(k); 52.7. However, we use Rule 2 to overlook these and other deficiencies and deny the petition. *See* TEX. R. APP. P. 2.

Modgling alleges in his petition that he filed his motion for judgment nunc pro tunc on July 21, 2012. Although the need to consider and rule on a properly filed and

presented document is ordinarily not a discretionary act but a ministerial one, a trial court is, nevertheless, allowed a reasonable time within which to perform that act. *In re Chavez*, 62 S.W.3d 225, 228-229 (Tex. App.—Amarillo 2001, orig. proceeding). We determine that in this case the trial court has not had a reasonable time to rule.

Modgling's petition is denied.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed August 23, 2012
Do not publish
[OT06]